| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>_____<br>Scura, Wigfield, Heyer & Stevens, LLP<br>1599 Hamburg Turnpike<br>P.O. Box 2031<br>Wayne, New Jersey 07470<br>Tel: (973) 696-8391<br>Counsel for the Debtor | Order Filed on February 8, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>Armand Veneziano | Case No.: 14-25457<br>Chapter: 13<br>Judge: VFP |

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 8, 2017**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____8/18/2014_____ :

Property:      41 Doremus Place, Clifton, NJ 07013_____

Creditor:     ___Ocwen Loan Servicing_____

and a Request for

- ☑ Extension of the 90 day Loss Mitigation Period having been filed by _____Counsel for Debtor_____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____05/02/2017_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2