Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 14−25457−VFP
        Chapter: 13
        Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Armand P. Veneziano
   41 Doremus Place
   Clifton, NJ 07013

Social Security No.:
   xxx−xx−0296

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date:      6/15/17
Time:     02:00 PM
Location:    Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
David L. Stevens

COMMISSION OR FEES
$2,760.00

EXPENSES
$23.43

Creditors may be heard before the applications are determined.

    In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: May 18, 2017
JAN:

                              Jeanne Naughton
                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:   Case No. 14-25457-VFP
Armand P. Veneziano   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 2    Date Rcvd: May 18, 2017
                  Form ID: 137    Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2017.
```
db          +Armand P. Veneziano,    41 Doremus Place,    Clifton, NJ 07013-2650
cr          +OCWEN LOAN SERVICING LLC,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
              Mt. Laurel, NJ 08054-3437
cr          +SELECT PORTFOLIO SERVICING as a servicer for U.S.,    Phelan Hallinan & Schmieg, PC,
              400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
514950773   +Allied Interstate,    PO Box 361535,    Columbus, OH 43236-1535
514950774   +Associated Credit Services, Inc.,    105B South Street, PO Box 9100,    Hopkinton, MA 01748-2206
514950779    CMI Credit Mediators, Inc.,    PO Box 456,    Upper Darby, PA 19082-0456
514950775   +Cap One,    Po Box 30253,    Salt Lake City, UT 84130-0253
514950776    Capital Recovery Corporation,    PO Box 1008,    Alpharetta, GA 30009-1008
514950778   +City Of Clifton,    Tax Collector,    900 Cliton Ave.,    Clifton, NJ 07013-2708
514950782    E-ZPass Customer Service Center,    PO Box 52003,    Newark, NJ 07101-8203
514950786    New Jersey Attorney General Office,    Richard J. Hughes Justice Complex,
              25 Market Street, PO Box 112,    Trenton, NJ 08625-0112
514950787   +New Jersey Division of Taxation,    50 Barrack Street 9th Floor,    P.O. Box 245,
              Trenton, NJ 08602-0245
514950789    PMCB,    PO Box 1235,    Elmsford, NY 10523-0935
515156066   ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
              TRENTON NJ 08646-0245
             (address filed with court: State of New Jersey,    Department of Treasury,
              Division of Taxation,    PO BOX 245,    Trenton NJ 08695-0245)
514950791   +Stern & Eisenberg, PC,    1040 North Kings Highway, Suite 407,    Cherry Hill, NJ 08034-1925
514950793   +TK Music,    558 Kingsland Street,    Nutley, NJ 07110-1051
514950792   +Thd/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
515705238    U.S. Bank National Association, as Trustee for Ass,    c/o Select Portfolio Servicing, Inc.,
              P.O. Box 65250,    Salt Lake City, UT 84165-0250
515462382   +U.S. Bank National Association, as Trustee for Ass,    c/o Zucker Goldberg & Ackerman,
              200 Sheffied Street, Suite 301,    Mountainside, NJ 07092-2315
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov May 18 2017 22:17:59      U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 18 2017 22:17:55      United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
lm          +Fax: 407-737-5634 May 18 2017 23:02:26      Ocwen Loan Servicing,    1661 Worthington Road,
              Suite 100,    West Palm Beach, FL 33409-6493
514950772   +E-mail/Text: EBNProcessing@afni.com May 18 2017 22:18:05      Afni, Inc.,    PO Box 3427,
              Bloomington, IL 61702-3427
514950777   +Fax: 602-659-2196 May 18 2017 23:12:26      Chex Systems, Inc.,    Attn: Consumer Realtions,
              7805 Hudson Road, Suite 100,    Woodbury, MN 55125-1703
514950780   +E-mail/Text: bankruptcy_notifications@ccsusa.com May 18 2017 22:18:38      Credit Coll,
              Po Box 9134,    Needham, MA 02494-9134
514950781   +E-mail/Text: bankruptcy_notifications@ccsusa.com May 18 2017 22:18:38
              Credit Collection Services,    Two Wells Ave.,    Newton, MA 02459-3246
514950783    E-mail/Text: cio.bncmail@irs.gov May 18 2017 22:17:28      Internal Revenue Service,
              PO Box 7346,    Centralized Insolvency Unit,    Philadelphia, PA 19101-7346
515175595    E-mail/Text: JCAP_BNC_Notices@jcap.com May 18 2017 22:18:12      Jefferson Capital Systems LLC,
              Po Box 7999,    Saint Cloud Mn 56302-9617
514950784    E-mail/Text: JCAP_BNC_Notices@jcap.com May 18 2017 22:18:12      Jefferson Capital Systems, LLC,
              PO Box 983185,    St. Louis, MO 63195-3185
514950785   +E-mail/Text: ebn@ltdfin.com May 18 2017 22:17:43      LTD Financials Services, L.P.,
              7322 Southwest Freeway, Suite 1600,    Houston, TX 77074-2134
514950788   +Fax: 407-737-5634 May 18 2017 23:02:26      Ocwen Loan Servicing L,
              1661 Worthington Rd Suite 100,    West Palm Beach, FL 33409-6493
514950790   +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 18 2017 22:20:24
              Portfolio Recovery Ass,    PO Box 12914,    Norfolk, VA 23541-0914
                                                                                              TOTAL: 13
```

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-2          User: admin              Page 2 of 2            Date Rcvd: May 18, 2017
                              Form ID: 137             Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 17, 2017 at the address(es) listed below:
          Andrew L. Spivack    on behalf of Creditor    SELECT PORTFOLIO SERVICING as a servicer for U.S.
           Bank National Association, as nj.bkecf@fedphe.com
          Andrew L. Spivack    on behalf of Creditor    OCWEN LOAN SERVICING LLC nj.bkecf@fedphe.com
          Andrew M. Lubin    on behalf of Creditor    U.S. Bank National Association, as Trustee for Asset
           Backed Funding Corporation Asset Backed Certificates, Series 2006-HE1 bkecf@milsteadlaw.com,
           alubin@milsteadlaw.com
          Christopher J. Balala    on behalf of Debtor Armand P. Veneziano cbalala@scuramealey.com,
           ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com
          David L. Stevens    on behalf of Debtor Armand P. Veneziano dstevens@scuramealey.com,
           cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scurameale
           y.com
          Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee for Asset
           Backed Funding Corporation Asset Backed Certificates, Series 2006-HE1 dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Sean M. O'Brien    on behalf of Creditor    U.S. Bank National Association, as Trustee for Asset
           Backed Funding Corporation Asset Backed Certificates, Series 2006-HE1 sobrien@flwlaw.com
                                                                                             TOTAL: 8
```