| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Scura, Wigfield, Heyer,<br>Stevens & Cammarota, LLP.<br>1599 Hamburg Turnpike<br>Wayne, NJ 07470<br>Tel: (973) 696-8391<br>Fax: (973) 696-8571<br>Counsel for Debtor | Order Filed on June 28, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Armand Veneziano,<br><br>                                    Debtor. | Case No.:        14-25457<br><br>Chapter:        13<br><br>Judge:        VFP |

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: June 28, 2017**

_____
 **Honorable Vincent F. Papalia**
 **United States Bankruptcy Judge**

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that  Scura, Wigfield, Heyer, Stevens & Cammarota, LLP. , the applicant, is allowed a fee of $ _____2,760.00_____ for services rendered and expenses in the amount of $_____28.43_____ for a total of $_____2,783.43_____ . The allowance is payable:

☐ through the Chapter 13 plan as an administrative priority.

☒ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*