UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Scura, Wigfield, Heyer,
Stevens & Cammarota, LLP.
1599 Hamburg Turnpike
Wayne, NJ 07470
Tel: (973) 696-8391
Fax: (973) 696-8571
Counsel for Debtor

Order Filed on June 28, 2017
by Clerk
**U.S. Bankruptcy Court
District of New Jersey**

In Re:

Armand Veneziano,

                Debtor.

Case No.:    14-25457

Chapter:    13

Judge:    VFP

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: June 28, 2017**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that  Scura, Wigfield, Heyer, Stevens & Cammarota, LLP. , the applicant, is allowed a fee of $ __2,760.00__ for services rendered and expenses in the amount of $__28.43__ for a total of $__2,783.43__ . The allowance is payable:

☐ through the Chapter 13 plan as an administrative priority.

☒ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 14-25457-VFP
Armand P. Veneziano                                                     Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin            Page 1 of 1            Date Rcvd: Jun 28, 2017
                            Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 30, 2017.
db            +Armand P. Veneziano,    41 Doremus Place,    Clifton, NJ 07013-2650

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 28, 2017 at the address(es) listed below:
              Andrew L. Spivack    on behalf of Creditor    SELECT PORTFOLIO SERVICING as a servicer for U.S.
               Bank National Association, as nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    OCWEN LOAN SERVICING LLC nj.bkecf@fedphe.com
              Andrew M. Lubin    on behalf of Creditor    U.S. Bank National Association, as Trustee for Asset
               Backed Funding Corporation Asset Backed Certificates, Series 2006-HE1 bkecf@milsteadlaw.com,
               alubin@milsteadlaw.com
              Christopher J. Balala    on behalf of Debtor Armand P. Veneziano cbalala@scuramealey.com,
               ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com
              David L. Stevens    on behalf of Debtor Armand P. Veneziano dstevens@scuramealey.com,
               cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee for Asset
               Backed Funding Corporation Asset Backed Certificates, Series 2006-HE1 dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Sean M. O'Brien    on behalf of Creditor    U.S. Bank National Association, as Trustee for Asset
               Backed Funding Corporation Asset Backed Certificates, Series 2006-HE1 sobrien@flwlaw.com
                                                                                              TOTAL: 8