UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**SCURA, WIGFIELD, HEYER,
STEVENS & CAMMAROTA, LLP**
1599 HAMBURG TURNPIKE
WAYNE, NEW JERSEY 07470
TELEPHONE: 973-696-8391
DAVID L. STEVENS, ESQ. (ATTORNEY ID 034422007)
COUNSEL FOR THE DEBTOR

In Re:

Armand P. Veneziano,

                    Debtor.

**Order Filed on August 22, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Chapter 13

Case NO.  14-25457

Hon. Vincent F. Papalia

**ORDER AUTHORIZING THE DEBTOR TO ENTER INTO A LOAN
MODIFICATION AGREEMENT**

The relief set forth on the following page, numbered two, is hereby **ORDERED**.

**DATED: August 22, 2017**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Debtor: Armand P. Veneziano
Case No.: 14-25457 (VFP)

Caption of Order:  **Order Authorizing Debtor to Enter Into Loan Modification Agreement**

Page 2 of 2

THIS MATTER, having been brought to the Court on the motion of the Debtor, Armand

P. Veneziano (the "Debtor"), by and through his counsel, Scura, Wigfield, Heyer, Stevens &

Cammarota, LLP, seeking an Order authorizing the Debtor to enter into the Loan Modification

Agreement with the Secured Creditor, Select Portfolio Servicing, Inc., concerning the mortgage

loan encumbering the Debtors primary residence at 41 Doremus Place, Clifton, New Jersey

07013 (the "Motion"); and the Court having considered the certification of counsel filed in

support of the Motion (the "Certification") with its exhibit and the arguments of counsel; and due

notice having been given; and for good cause shown:

**IT IS ORDERED** that Select Portfolio Servicing, Inc., and the Debtor is hereby
*
authorized to enter into a loan modification; and it is further;

**ORDERED** that Select Portfolio Servicing, Inc., solely in its capacity as servicer, shall

deliver to the Debtor a fully executed copy of the Loan Modification Agreement pursuant to the

proposed terms set forth in the exhibit attached to the Certification (the "Exhibit") within thirty

(30) days of the date upon which this Order is entered; and it is further;

**ORDERED** that should Select Portfolio Servicing, Inc., solely in its capacity as servicer,

fail to provide the Debtor with a fully executed copy of the Loan Modification Agreement within

thirty (30) days of the entry of this Order, this Order shall take effect as the Loan Modification

Agreement between the parties, and shall continue to the maturity of the note and mortgage as

extended pursuant to the terms set forth in the Exhibit attached to the Certification.

**ORDERED**, that the Debtor shall file an amended Plan and Schedule J within 14 days of

the entry of this order.

```
 *on the terms set forth in the Home Affordable Modification Agreement submitted
  with the Motion
```