UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**SCURA, WIGFIELD, HEYER,
STEVENS & CAMMAROTA, LLP**
1599 HAMBURG TURNPIKE
WAYNE, NEW JERSEY 07470
TELEPHONE: 973-696-8391
DAVID L. STEVENS, ESQ. (ATTORNEY ID 034422007)
COUNSEL FOR THE DEBTOR

Order Filed on August 22, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Armand P. Veneziano,

                Debtor.

Chapter 13

Case NO. 14-25457

Hon. Vincent F. Papalia

**ORDER AUTHORIZING THE DEBTOR TO ENTER INTO A LOAN
MODIFICATION AGREEMENT**

The relief set forth on the following page, numbered two, is hereby **ORDERED**.

**DATED: August 22, 2017**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Debtor: Armand P. Veneziano
Case No.: 14-25457 (VFP)

Caption of Order:  **Order Authorizing Debtor to Enter Into Loan Modification Agreement**

Page 2 of 2

THIS MATTER, having been brought to the Court on the motion of the Debtor, Armand P. Veneziano (the "Debtor"), by and through his counsel, Scura, Wigfield, Heyer, Stevens & Cammarota, LLP, seeking an Order authorizing the Debtor to enter into the Loan Modification Agreement with the Secured Creditor, Select Portfolio Servicing, Inc., concerning the mortgage loan encumbering the Debtors primary residence at 41 Doremus Place, Clifton, New Jersey 07013 (the "Motion"); and the Court having considered the certification of counsel filed in support of the Motion (the "Certification") with its exhibit and the arguments of counsel; and due notice having been given; and for good cause shown:

**IT IS ORDERED** that Select Portfolio Servicing, Inc., and the Debtor is hereby authorized to enter into a loan modification;* and it is further;

**ORDERED** that Select Portfolio Servicing, Inc., solely in its capacity as servicer, shall deliver to the Debtor a fully executed copy of the Loan Modification Agreement pursuant to the proposed terms set forth in the exhibit attached to the Certification (the "Exhibit") within thirty (30) days of the date upon which this Order is entered; and it is further;

**ORDERED** that should Select Portfolio Servicing, Inc., solely in its capacity as servicer, fail to provide the Debtor with a fully executed copy of the Loan Modification Agreement within thirty (30) days of the entry of this Order, this Order shall take effect as the Loan Modification Agreement between the parties, and shall continue to the maturity of the note and mortgage as extended pursuant to the terms set forth in the Exhibit attached to the Certification.

**ORDERED**, that the Debtor shall file an amended Plan and Schedule J within 14 days of the entry of this order.

```
*on the terms set forth in the Home Affordable Modification Agreement submitted
 with the Motion
```

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 14-25457-VFP
Armand P. Veneziano                                                     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin               Page 1 of 1              Date Rcvd: Aug 23, 2017
                              Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 25, 2017.
db         +Armand P. Veneziano,    41 Doremus Place,    Clifton, NJ 07013-2650

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2017                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 23, 2017 at the address(es) listed below:
     Andrew L. Spivack    on behalf of Creditor    SELECT PORTFOLIO SERVICING as a servicer for U.S.
      Bank National Association, as nj.bkecf@fedphe.com
     Andrew L. Spivack    on behalf of Creditor    OCWEN LOAN SERVICING LLC nj.bkecf@fedphe.com
     Andrew M. Lubin    on behalf of Creditor    U.S. Bank National Association, as Trustee for Asset
      Backed Funding Corporation Asset Backed Certificates, Series 2006-HE1 bkecf@milsteadlaw.com,
      alubin@milsteadlaw.com
     Christopher J. Balala    on behalf of Debtor Armand P. Veneziano cbalala@scuramealey.com,
      ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com
     David L. Stevens    on behalf of Debtor Armand P. Veneziano dstevens@scuramealey.com,
      cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com
     Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee for Asset
      Backed Funding Corporation Asset Backed Certificates, Series 2006-HE1 dcarlon@kmllawgroup.com,
      bkgroup@kmllawgroup.com
     Marie-Ann Greenberg    magecf@magtrustee.com
     Sean M. O'Brien    on behalf of Creditor    U.S. Bank National Association, as Trustee for Asset
      Backed Funding Corporation Asset Backed Certificates, Series 2006-HE1 sobrien@flwlaw.com
                                                     TOTAL: 8