**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

              Case No.:  14−25457−VFP
              Chapter:  13
              Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Armand P. Veneziano
   41 Doremus Place
   Clifton, NJ 07013

Social Security No.:
   xxx−xx−0296

Employer's Tax I.D. No.:

**NOTICE OF DEFICIENCY CONCERNING DISCHARGE**

    You are hereby notified that the above−named case will be closed without entry of discharge on or after February 7, 2018 for the reason(s) indicated below.

☑    Debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

☐    Joint debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

☑    Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☐    Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

The court must receive the above noted document(s) prior to case closing in order to enter a discharge. If the case is closed without entry of the discharge the debtor must file a Motion To Reopen to allow for the filing of same and pay the applicable filing fee.

Dated: January 8, 2018
JAN: lc

                                                    Jeanne Naughton
                                                    Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 14-25457-VFP
Armand P. Veneziano                                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1             Date Rcvd: Jan 08, 2018
                              Form ID: clsnodsc        Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2018.
db            +Armand P. Veneziano,    41 Doremus Place,    Clifton, NJ 07013-2650

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jan 08 2018 22:54:30     U.S. Attorney,    970 Broad St.,
               Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 08 2018 22:54:27     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ  07102-5235
                                                                                              TOTAL: 2

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2018                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 8, 2018 at the address(es) listed below:
          Andrew L. Spivack    on behalf of Creditor    SELECT PORTFOLIO SERVICING as a servicer for U.S.
           Bank National Association, as nj.bkecf@fedphe.com
          Andrew L. Spivack    on behalf of Creditor    OCWEN LOAN SERVICING LLC nj.bkecf@fedphe.com
          Andrew M. Lubin    on behalf of Creditor    U.S. Bank National Association, as Trustee for Asset
           Backed Funding Corporation Asset Backed Certificates, Series 2006-HE1 bkecf@milsteadlaw.com,
           alubin@milsteadlaw.com
          Christopher J. Balala    on behalf of Debtor Armand P. Veneziano cbalala@scuramealey.com,
           ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com;dmedina@scura.com
          David L. Stevens    on behalf of Debtor Armand P. Veneziano dstevens@scuramealey.com,
           cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com;dmedina@scura.com
          Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee for Asset
           Backed Funding Corporation Asset Backed Certificates, Series 2006-HE1 dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Sean M. O'Brien    on behalf of Creditor    U.S. Bank National Association, as Trustee for Asset
           Backed Funding Corporation Asset Backed Certificates, Series 2006-HE1 sobrien@flwlaw.com
                                                                                              TOTAL: 8